United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 10, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-40912
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RODOLFO ACOSTA-ORELLANO,
also known as Adan Cruz,

                                        Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-03-CR-33-1
---------------------

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

        Rodolfo Acosta-Orellano appeals his sentence imposed

following his guilty plea conviction for being found illegally

in the United States following deportation in violation of

8 U.S.C. § 1326(a), (b)(2).

        Acosta-Orellano argues that his prior conviction for

possession of a controlled substance is not an aggravated felony

under U.S.S.G. § 2L1.2(b)(1)(C).  This argument is foreclosed by

---

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

our decision in <u>United States v. Caicedo-Cuero</u>, 312 F.3d 697,

705-11 (5th Cir. 2002), <u>cert. denied</u>, 123 S. Ct. 1948 (2003).

AFFIRMED.